PAMELA BARONE SPEED, EXECUTRIX (ESTATE OF MILDRED F. BARONE) v. ANTHONY F. DELIBERO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 23 Conn. App. 437, is denied.

*Arnold J. Bai* and *Garie J. Mulcahy,* in support of the petition.

*Joan C. Harrington,* in opposition.

Decided November 27, 1990

IN RE OMONDIS E. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 23 Conn. App. 815, is denied.

*Andrew Chulick,* in support of the petition.

*Michael O'Connor,* assistant attorney general, in opposition.

Decided November 27, 1990

SOWIN ASSOCIATES v. PLANNING AND ZONING COMMISSION OF THE TOWN OF SOUTH WINDSOR ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 23 Conn. App. 370, is denied.

*Richard M. Rittenband,* town attorney, in support of the petition.

*Thomas F. Parker,* in opposition.

Decided November 29, 1990